IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID J. WHITEFOOT and
ELENA R. WHITEFOOT                                                                PLAINTIFFS

V.                                                          CAUSE NO.: 1:14-CV-113-SA-DAS

SHERIFF OF CLAY COUNTY, et al.                                                    DEFENDANTS

ORDER

Pursuant to a separate Memorandum Opinion issued this day the Plaintiffs' Motion for Default Judgment [82] is DENIED.

Plaintiffs' Motion for Default Judgment [93] is DENIED.

The Rawlings Defendants' Motion to Dismiss [87] is GRANTED. All of the Plaintiffs' claims against the Rawlings Defendants are DISMISSED with prejudice, and Defendants Rawlings and Rawlings & MacInnis PA are DISMISSED as party defendants.

**SO ORDERED on this the 29th day of March, 2016**

                                                   /s/  Sharion Aycock
                                                 **UNITED STATES DISTRICT JUDGE**