IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID J. WHITEFOOT, and  PLAINTIFFS
ELENA R. WHITEFOOT

V.  CAUSE NO. 1:14-CV-113-SA-DAS

SHERIFF OF CLAY COUNTY, et al.  DEFENDANTS

ORDER OF DISMISSAL

The Plaintiffs in this case failed to appear for their trial on Monday September 18, 2017 at 9:40 am as previously ordered and noticed. *See* [127, 129, 164]. The Plaintiffs also failed to appear at the Final Pre-trial Conference in this case on September 6, 2017. *See* [165]. For this reason, and for all of the other reasons fully stated on the record, the Court, on its own, dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Court assesses the jury costs against the Plaintiffs in the amount of $1,754.44.00 to be paid to Clerk of Court, Northern District of Mississippi, 911 Jackson Avenue, Room 369, Oxford, Mississippi 38655, within thirty (30) days of the entry of this Order.

This CASE is DISMISSED with prejudice. This CASE is CLOSED.

IT IS SO ORDERED on this, the 18th day of September, 2017.

   /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE