IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID J. WHITEFOOT, and  PLAINTIFFS
ELENA R. WHITEFOOT

V.  CAUSE NO. 1:14-CV-113-SA-DAS

SHERIFF OF CLAY COUNTY, et al.  DEFENDANTS

ORDER

On September 18, 2017 this Court entered an Order [172] dismissing this case with prejudice as a sanction for the Plaintiffs' failure to appear for trial and failure to appear at the Final Pre-trial Conference. The Plaintiffs filed a Motion [174] for the Court to set out its dismissal order in a separate document, requesting that the Court reform its previous order. The essence of the Plaintiffs' request arises from the Court's description or categorization of their remaining claims in its previous orders. *See Orders* [118, 163]. The Plaintiffs argue that this court mischaracterized their remaining claims in these orders, and that mischaracterization requires additional action from this Court to finalize the posture of this case.

Out of an abundance of caution the Court reviewed the record and finds that its previous orders are both clear and consistent, and do not mischaracterize the Plaintiffs' claims. In any event, the Plaintiffs' argument is irrelevant because the dismissal of this case was a sanction, as outlined in Order [172], and not related to the substance of the Court's previous rulings now contested by the Plaintiffs.

For these reasons, the Plaintiffs' Motion [174] is DENIED.

SO ORDERED on this, the 13th day of October 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE